**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| HOLLI GALBREATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.   1:10-cv-3097 |
| vs. | ) | |
| | ) | |
| DELMARVA CAPITAL | ) | |
| SERVICES, LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, HOLLI GALBREATH, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

                                            Respectfully submitted,

                                            /s/
                                        Mitchel E. Luxenburg (29092)
                                        Attorney for Plaintiff
                                        Luxenburg & Levin, LLC
                                        23875 Commerce Park
                                        Suite 105
                                        Beachwood, OH 44122
                                        (888) 493-0770, ext. 301 (phone)
                                        (866) 551-7791 (facsimile)
                                        mitch@luxenburglevin.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 10, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    /s/
                                  Mitchel E. Luxenburg (29092)
                                  Attorney for Plaintiff
                                  Luxenburg & Levin, LLC
                                  23875 Commerce Park
                                  Suite 105
                                  Beachwood, OH 44122
                                  (888) 493-0770, ext. 301 (phone)
                                  (866) 551-7791 (facsimile)
                                  mitch@luxenburglevin.com