FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 JAN 12 A 11: 54

CLERK'S OFFICE
AT BALTIMORE

BY___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | | |
|---|---|---|
| HOLLI GALBREATH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:10-cv-3097 |
| vs. | ) | |
| | ) | |
| DELMARVA CAPITAL | ) | |
| SERVICES, LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, HOLLI GALBREATH, by and through her attorneys, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

Respectfully submitted,

/s/
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
mitch@luxenburglevin.com

SO ORDERED, on Tuesday, January 11, 2011.

/s/
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 301 (phone)
(866) 551-7791 (facsimile)
mitch@luxenburglevin.com